FORM1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

| Case No: | 11-38286 JSB Judge: JANET S. BAER |
|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP |

For Period Ending: 09/30/19   (9th reporting period for this case)

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 09/21/11 (f) |
| 341(a) Meeting Date: | 11/01/11 |
| Claims Bar Date: | 02/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 281 HICKORY LANE, SOUTH ELGIN, IL | 250,000.00 | 175,000.00 | | 175,000.00 | FA |
| 2. CHECKING ACCOUNT & CD | 69,469.00 | 66,963.99 | | 66,963.88 | FA |
| 3. CECO PAYMENT DEPOSIT | 2,046.00 | 0.00 | | 0.00 | FA |
| 4. INSURANCE POLICIES | Unknown | 30,449.00 | | 30,449.00 | FA |
| 5. 100% STOCK VIJAY CONSTRUCTION CORP | 0.00 | 0.00 | | 0.00 | FA |
| 6. 12.8% INTEREST CONCRETE STRUCTURES | 21,031.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 985,279.00 | 0.00 | | 0.00 | FA |
| 8. CITY OF CHICAGO CONSTRUCTION CLAIM | 6,382,197.00 | 0.00 | | 0.00 | FA |
| 9. AUTOMOBILES; TRUCKS/TRAILERS/EQUIPMENT | 282,000.00 | 373,945.00 | | 373,945.00 | FA |
| 10. OFFICE EQUIPMENT | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 11. MACHINERY ETC | 125,200.00 | 125,200.00 | | 125,200.00 | FA |
| 12. INVENTORY | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 13. OTHER PROPERTY | 372,668.00 | 39,500.00 | | 39,500.00 | FA |
| 14. REFUND (u) | 0.00 | 2,310.57 | | 2,030.59 | FA |
| 15. Letter of Credit (u) | 0.00 | 4,785.84 | | 4,785.84 | FA |
| 16. Unclaimed Refund from HD Supply (u) | 0.00 | 364.66 | | 364.66 | FA |
| INT. Interest Earned (u) | Unknown | N/A | | 7.14 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $8,496,890.00 | $825,519.06 | | $825,246.11 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case against City of Chicago cannot be supported. Special counsel has taken case as far at he can. Case lost on appeal.

LFORM1

Ver: 22.02b

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 11-38286    JSB    Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | MY BAPS CONSTRUCTION CORP | Date Filed (f) or Converted (c): | 09/21/11 (f) |
| | | 341(a) Meeting Date: | 11/01/11 |
| | | Claims Bar Date: | 02/02/12 |

No basis for re-hearing.  Trustee will prepare TFR

October 15, 2019, 09:31 am

Trustee met with special counsel and debtor's principal.  Principal went to prison for falsifying payroll records to

defraud govenment.  He is now been released and  believes that the City of Chicago owes money which he can support.

Special counsel does not want to proceed. Trustee to determine whether the matter is worth pursuing.

October 19, 2018, 12:17 pm

Debtor lost on appeal.  Special counsel continues to pursue undisputed a/r owed by City of Chicago

October 12, 2017, 12:36 pm

Lititation is still on appeal June 23, 2017, 09:03 am

City of Chicago litigation is pending; special counsel advises certain aspects of the litation are on appeal October 12,

2016, 02:35 pm

Litigation is pending in the Circuit Court. Trustee is trying to resolve claims of Union and Funds.

October 14, 2015, 12:33 pm

Successor Trustee resolved claims objections. Litigation is pending in Circuit Court to collect a substantial a/r from

City of Chicago.

October 20, 2014, 03:57 pm

Active

SOLD AT AUCTION, EQUIPMENT ETC FOR $500,000; INVESTIGTAION CLAIM VS CITY OF CHICAGO AND EMPLOYED SPECIAL COUNSEL; SALE

OF REAL ESTATE PENDING; REMAND CASE VERSUS CITY OF CHICAGO; REMANDED TO STATE COURT; PENDING RESOLUTION OF CLAIMS OF

UNION/PENSION FUND

Case vs City of Chicago pending for trial/discovery

Litigation with City of Chicago continues to pend

Preparing Objections to Claims in regard to claims filed by former employees, hearing date not yet scheduled

Objections to claims ready for filing & prosecution

Hearing on Objections to claims scheduled for 1/17/2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

| | |
|---|---|
| Case No: | 11-38286    JSB    Judge: JANET S. BAER |
| Case Name: | MY BAPS CONSTRUCTION CORP |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 09/21/11 (f) |
| 341(a) Meeting Date: | 11/01/11 |
| Claims Bar Date: | 02/02/12 |

RE PROP# 7---Litigation pending

RE PROP# 8---Litigation was pending. Debtor lost the case at the trial level.  Appeal was taken then dismissed.

Initial Projected Date of Final Report (TFR): 12/30/13        Current Projected Date of Final Report (TFR): 12/31/20

/s/      GINA B. KROL

_____ Date: 10/28/19
     GINA B. KROL

Ver: 22.02b

Case 11-38286   Doc 511   Filed 10/28/19   Entered 10/28/19 14:50:37   Desc Main
Document   Page 4 of 23

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No: 11-38286 -JSB
Case Name: MY BAPS CONSTRUCTION CORP

Trustee Name: GINA B. KROL
Bank Name: Bank of New York Mellon
Account Number / CD #: *******7265  Money Market Account

Taxpayer ID No: *******1242
For Period Ending: 09/30/19

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C  12/05/11 | 11 | DONALD DODGE AMERICAN AUCTION ASSOCIATES | PARTIAL PROCEEDS FROM AUCTION | 1129-000 | 100,000.00 | | 100,000.00 |
| C  12/07/11 | 001001 | ALLY FINANCIAL INC. PAYMENT PROCESSING CENTER 6716 GRADE LANE, BLDG 9, SUITE 910 LOUISVILLE, KY  40290 | 2009 CHEVY SILVERADO 3500 VIN #1GBJC74K29E123576/PAYOFF THRU 12/2/11          4210-000      $-22,180.21 | 4210-000 | | 22,180.21 | 77,819.79 |
| C  12/07/11 | 001002 | ALLY FINANCIAL INC. PAYMENT PROCESSING CENTER 6716 GRADE LANE, BLDG 9, SUITE 910 LOUISVILLE, KY  40290 | 2009 CHEVY SILVERADO 3500 VIN#1GBJC74K69E1080000/PAYOFF THRU 12/2/11          4210-000      $-20,073.64 | 4210-000 | | 20,073.64 | 57,746.15 |
| C  12/08/11 | 2 | INLAND BANK | TURNOVER OF BANK ACCOUNT | 1129-000 | 66,963.88 | | 124,710.03 |
| C  12/14/11 | | AMERICAN AUCTION ASSOCIATES, INC. 8515 S THOMAS AVENUE BRIDGEVIEW, IL  60455 | PARTIAL AUCTION PROCEEDS | | 406,145.00 | | 530,855.03 |
| | 9 | | Memo Amount:        282,000.00 | 1129-000 | | | |
| | 10 | | Memo Amount:          2,000.00 | 1129-000 | | | |
| | 11 | | Memo Amount:        25,200.00 | 1129-000 | | | |
| | 12 | | Memo Amount:          5,000.00 | 1129-000 | | | |
| | 9 | | Memo Amount:        91,945.00 | 1129-000 | | | |
| C  12/19/11 | 001003 | UPS LOCKBOX 577 CAROL STREAM, IL  60132 | OVERNIGHT DELIVERY CHARGES 2990-000        $-20.06 | 2990-000 | | 20.06 | 530,834.97 |

Page Subtotals    573,108.88    42,273.91

LFORM24

Ver: 22.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  2

| Case No: | 11-38286 -JSB |
|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7265  Money Market Account |

| Taxpayer ID No: | *******1242 |
|---|---|
| For Period Ending: | 09/30/19 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/30/11 | | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.79 | | 530,837.76 |
| C  12/30/11 | | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 625.86 | 530,211.90 |
| C  01/10/12 | | 001004 | UPS LOCKBOX 577 CAROL STREAM, IL  60132 | OVERNIGHT DELIVERY FEE 2990-000        $-16.85 | 2990-000 | | 16.85 | 530,195.05 |
| C t  01/12/12 | | | To Account #92007494827266 | TRANSFER FUNDS TO PAY FORD 9999-000        $-24,266.09 | 9999-000 | | 24,266.09 | 505,928.96 |
| C  01/31/12 | | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.35 | | 505,933.31 |
| C  01/31/12 | | 001005 | INTERNAL REVENUE SERVICE P.O. BOX 804521 CINCINNATI, OH  452804521 | EIN: 36-4221242/ 940 FOR 2011 2810-000        $-194.13 | 2810-000 | | 194.13 | 505,739.18 |
| C  01/31/12 | | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,127.62 | 504,611.56 |
| C t  02/07/12 | | | Green Bank | Transfer Funds 9999-000        $-504,611.56 | 9999-000 | | 504,611.56 | 0.00 |

Page Subtotals          7.14          530,842.11

LFORM24

Ver: 22.02b

**FORM 2**

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38286  -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7265  Money Market Account |
| Taxpayer ID No: | *******1242 | | |
| For Period Ending: | 09/30/19 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 406,145.00 | COLUMN TOTALS | 573,116.02 | 573,116.02 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 528,877.65 | |
| * Reversed | | | | Subtotal | 573,116.02 | 44,238.37 | |
| t Funds Transfer | | Memo Allocation Net: | 406,145.00 | Less:  Payments to Debtors | | 0.00 | |
| C Bank Cleared | | | | Net | 573,116.02 | 44,238.37 | |

Page Subtotals                    0.00                    0.00

LFORM24

Ver: 22.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

| Case No: | 11-38286  -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | MY BAPS CONSTRUCTION CORP | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7266  Checking Account |
| Taxpayer ID No: | *******1242 | | | |
| For Period Ending: | 09/30/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  01/12/12 | | From Account #92007494827265 | TRANSFER FUNDS TO PAY FORD | 9999-000 | 24,266.09 | | 24,266.09 |
| C   01/12/12 | 000101 | FORD CREDIT OR LINCOLN AUTOMOTIVE FINANCIAL SERVICES P.O. BOX 790119 ST LOUIS, MO  631790119 | PAYMENT OF VIN ENDING 48EB35776 4210-000      $-12,132.46 | 4210-000 | | 12,132.46 | 12,133.63 |
| C   01/12/12 | 000102 | FORD CREDIT OR LINCOLN AUTOMOTIVE FINANCIAL SVCS P.O. BOX 790119 ST LOUIS, MO  631790119 | PAYOFF ON VIN END R28ED97367 4210-000      $-12,133.63 | 4210-000 | | 12,133.63 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 24,266.09 | 24,266.09 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 24,266.09 | 0.00 |
| | | Subtotal | 0.00 | 24,266.09 |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 |
| | | Net | 0.00 | 24,266.09 |

* **Reversed**
t  **Funds Transfer**
C  **Bank Cleared**

Page Subtotals    24,266.09    24,266.09

LFORM24

Ver: 22.02b

**FORM 2**

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 11-38286 -JSB |
| Case Name: | MY BAPS CONSTRUCTION CORP |
| Taxpayer ID No: | *******1242 |
| For Period Ending: | 09/30/19 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******8601  DDA |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 504,611.56 | | 504,611.56 |
| C  02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13<br><br>       2300-000      $-470.57 | 2300-000 | | 470.57 | 504,140.99 |
| C  02/16/12 | 14 | TOYOTA MOTOR CREDIT CORP | Refund of overpayment on retail account for Toyota Motor Credit Corp. | 1290-000 | 16.62 | | 504,157.61 |
| C  02/16/12 | 4 | INDIANA INSURANCE<br>MAIL STOP 16-01<br>9450 SEWARD RD<br>FAIRFIELD, MI  45014 | Return premium for account of My Baps Corporation | 1129-000 | 26,699.00 | | 530,856.61 |
| C  02/27/12 | 005002 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL  60132- | 2990-000      $-17.66 | 2990-000 | | 17.66 | 530,838.95 |
| C  02/29/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 621.86 | 530,217.09 |
| C  03/16/12 | | Ford Motor Credit Company<br>P. O. Box 689007<br>Franklin, TN  37068-9007 | Refund of overpayment of payoff of verhicle | 4210-002 | | -279.98 | 530,497.07 |
| C  03/16/12 | | Ford Motor Credit Company | Refund of overpayment of payoff | 4210-002 | | -280.01 | 530,777.08 |

Page Subtotals     531,327.18     550.10

LFORM24

Ver: 22.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

| Case No: | 11-38286 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8601  DDA |
| Taxpayer ID No: | *******1242 | | |
| For Period Ending: | 09/30/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P. O. Box 689007 Franklin, TN  37068-9007 | verhicle | | | | |
| C   03/23/12 | 4 | American Tower, Inc. 10 Presidential Way Woburn, MA  01801 | LIQUIDATION OF INSURANCE POLICIES | 1129-000 | 1,250.00 | | 532,027.08 |
| C   03/23/12 | 4 | American Tower, Inc. 10 Presidential Way Woburn, MA  01801 | LIQUIDATION OF INSURANCE POLICY | 1129-000 | 1,250.00 | | 533,277.08 |
| C   03/23/12 | 4 | American Tower, Inc. 10 Presidential Way Woburn, MA  01801 | LIQUIDATION OF INSURANCE POLICY | 1129-000 | 1,250.00 | | 534,527.08 |
| C   03/26/12 | 1 | REMAX 1SST 129 W 1ST STREET ELMHURST, IL  60126- | refund of overpayment of earnest money | 1110-000 | 6,250.00 | | 540,777.08 |
| C   03/26/12 | 1 | CHICAGO TITLE & TRUST CO 1725 S NAPERVILLE ROAD WHEATON, IL  60189      Memo Amount:          168,750.00     Memo Amount:         ( 1,730.50 ) CHICAGO TITLE     Memo Amount:         ( 262.50 ) KANE COUNTY     Memo Amount:         ( 52.20 ) NICOR | SALE OF REAL PROPERTY | 1110-000 2500-000 2820-000 2500-000 | 140,159.01 | | 680,936.09 |

| | Page Subtotals | 150,159.01 | 0.00 |
|---|---|---|---|

Ver: 22.02b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    7

| Case No: | 11-38286  -JSB | Trustee Name: | GINA B. KROL |
| Case Name: | MY BAPS CONSTRUCTION CORP | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8601  DDA |
| Taxpayer ID No: | *******1242 | | |
| For Period Ending: | 09/30/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:      (      280.29 )  VILLAGE OF SOUTH ELGIN | 2500-000 | | | |
| | | | Memo Amount:      (      425.00 )  ASSOCIATED SURVEYING | 2500-000 | | | |
| | | | Memo Amount:      (    1,004.50 )  FOSTER/PREMIER HOA | 2500-000 | | | |
| | | | Memo Amount:      (    7,451.26 )  KANE COUNTY 2010 REDEMPTION | 2820-000 | | | |
| | | | Memo Amount:      (    7,098.38 )  KANE COUNTY 2011 | 2820-000 | | | |
| | | | Memo Amount:      (    1,536.36 )  KANE COUNTY 2012 | 2820-000 | | | |
| | | | Memo Amount:      (    8,750.00 )  REALTOR COMMISSIONS | 3510-000 | | | |
| C   03/30/12 | | Green Bank  401 Greenbriar  Houston, TX  77098 | Bank Service Fee | 2600-000 | | 930.71 | 680,005.38 |
| C   04/02/12 | 13 | AMERICAN AUCTION ASSOCIATES, INC.  8515 S THOMAS AVENUE  RIDGEVIEW, IL  60455 | AUCTION PROCEEDS | 1129-000 | 39,500.00 | | 719,505.38 |
| C   04/30/12 | | Green Bank  401 Greenbriar  Houston, TX  77098 | Bank Service Fee | 2600-000 | | 1,085.93 | 718,419.45 |
| C   05/31/12 | | Green Bank  401 Greenbriar | Bank Service Fee | 2600-000 | | 1,159.70 | 717,259.75 |

| | Page Subtotals | 39,500.00 | 3,176.34 |
|---|---|---|---|

LFORM24

Ver: 22.02b

**FORM 2**

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38286 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8601  DDA |

| Taxpayer ID No: | *******1242 | | |
|---|---|---|---|
| For Period Ending: | 09/30/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Houston, TX  77098 | | | | | |
| C | 06/22/12 | 005003 | AMERICAN AUCTION 8515 SOUTH THOMAS AVENUE BRIDGEVIEW, IL  60455 | EXPENSES TO AUCTIONEER 3620-000      $-18,226.69 | 3620-000 | | 18,226.69 | 699,033.06 |
| C | 06/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 1,151.74 | 697,881.32 |
| C | 07/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 1,089.84 | 696,791.48 |
| * C | 08/16/12 | 14 | Judy Barr Topinka | Overpayment of taxes | 1290-003 | 180.17 | | 696,971.65 |
| * C | 08/16/12 | 14 | Judy Barr Topinka | Overpayment of taxes | 1290-003 | -180.17 | | 696,791.48 |
| C | 08/16/12 | 14 | Judy Barr Topinka | Overpayment of Taxes | 1290-000 | 180.17 | | 696,971.65 |
| C | 08/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 1,233.39 | 695,738.26 |
| C | 09/04/12 | 14 | INDIANA INSURANCE MAIL STOP 16-01 9450 SEWARD ROAD FAIRFIELD, OH  45014 | REFUND/EARLY TERMINATION | 1290-000 | 1,688.00 | | 697,426.26 |

Page Subtotals      1,868.17      21,701.66

Ver: 22.02b

LFORM24

FORM9

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   11-38286  -JSB
Case Name:   MY BAPS CONSTRUCTION CORP

Taxpayer ID No:  *******1242
For Period Ending:  09/30/19

Trustee Name:   GINA B. KROL
Bank Name:   Green Bank
Account Number / CD #:   *******8601  DDA

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   09/28/12 | 14 | CARPENTERS PENSION & RETIREMENT SAVINGS FUNDS OF IL 28 N FIRST STREET SUITE 1 GENEVA, IL  60134 | OVERPAYMENT REFUND | 1290-000 | 145.80 | | 697,572.06 |
| C   09/28/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 980.13 | 696,591.93 |
| C   10/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 1,124.01 | 695,467.92 |
| C   11/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 1,158.47 | 694,309.45 |
| C   12/31/12 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,048.12 | 693,261.33 |
| C   01/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,118.71 | 692,142.62 |
| C   02/21/13 | 005004 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | 655.67 | 691,486.95 |

Page Subtotals     145.80     6,085.11

LFORM24

Ver: 22.02b

FORM 2                                                                                                          Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38286  -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | MY BAPS CONSTRUCTION CORP | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8601  DDA |
| Taxpayer ID No: | *******1242 | | | |
| For Period Ending: | 09/30/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | 2300-000          $-655.67 | | | | |
| C   02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,008.75 | 690,478.20 |
| C   03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,114.22 | 689,363.98 |
| C   04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,076.54 | 688,287.44 |
| C   05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,182.34 | 687,105.10 |
| C   06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,001.47 | 686,103.63 |
| | | | | | | | |

Page Subtotals                         0.00              5,383.32

Ver: 22.02b

LFORM24

**FORM 2**                                                                                                  Page:    11

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        11-38286  -JSB                                        Trustee Name:          GINA B. KROL
Case Name:      MY BAPS CONSTRUCTION CORP                             Bank Name:             Green Bank
                                                                      Account Number / CD #:  *******8601  DDA

Taxpayer ID No: *******1242
For Period Ending: 09/30/19                                           Blanket Bond (per case limit):  $  5,000,000.00
                                                                      Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,107.16 | 684,996.47 |
| C   08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,176.69 | 683,819.78 |
| C   09/04/13 | 005005 | Scott Horewitch Pidgeon & Abrams, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL  60089 | Interim compensation ordered on 8/30/2013 | 3410-000 | | 13,632.50 | 670,187.28 |
| C   09/04/13 | 005006 | Scott Horewitch Pidgeon & Abrams, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL  60089 | Interim compensation expenses ordered on 8/30/2013 | 3420-000 | | 5.40 | 670,181.88 |
| C   09/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 981.78 | 669,200.10 |
| C   10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,079.88 | 668,120.22 |

Page Subtotals                    0.00              17,983.41

LFORM24                                                                                                      Ver: 22.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   12

| Case No: | 11-38286  -JSB |
|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP |

| Taxpayer ID No: | *******1242 |
|---|---|
| For Period Ending: | 09/30/19 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | Green Bank |
| Account Number / CD #: | *******8601  DDA |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C    11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,078.14 | 667,042.08 |
| C    12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,041.68 | 666,000.40 |
| C    01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,144.06 | 664,856.34 |
| C    02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 969.05 | 663,887.29 |
| C    03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 1,002.19 | 662,885.10 |
| C    04/02/14 | 005007 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>      2300-000      $-550.09 | 2300-000 | | 550.09 | 662,335.01 |

Page Subtotals          0.00          5,785.21

LFORM24

Ver: 22.02b

FORM 2

Page:    13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38286  -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8601  DDA |
| Taxpayer ID No: | *******1242 | | | |
| For Period Ending: | 09/30/19 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 793.18 | 661,541.83 |
| C t  05/06/14 | | Transfer to Acct #*******0899 | Bank Funds Transfer | 9999-000 | | 661,541.83 | 0.00 |

| | Memo Allocation Receipts: | 168,750.00 | COLUMN TOTALS | 723,000.16 | 723,000.16 | 0.00 |
|---|---|---|---|---|---|---|
| | Memo Allocation Disbursements: | 28,590.99 | Less:  Bank Transfers/CD's | 504,611.56 | 661,541.83 | |
| **\* Reversed** | | | Subtotal | 218,388.60 | 61,458.33 | |
| **t  Funds Transfer** | Memo Allocation Net: | 140,159.01 | Less:  Payments to Debtors | | 0.00 | |
| **C  Bank Cleared** | | | Net | 218,388.60 | 61,458.33 | |

Page Subtotals                    0.00            662,335.01

FORM2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 14

| Case No: | 11-38286 -JSB |
| Case Name: | MY BAPS CONSTRUCTION CORP |

| Taxpayer ID No: | *******1242 |
| For Period Ending: | 09/30/19 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0899  Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  05/06/14 | | Transfer from Acct #*******8601 | Bank Funds Transfer | 9999-000 | 661,541.83 | | 661,541.83 |
| C   05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.15 | 661,446.68 |
| C   06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 983.14 | 660,463.54 |
| C   07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 950.22 | 659,513.32 |
| C   08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 980.55 | 658,532.77 |
| C   09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 979.06 | 657,553.71 |
| C   09/11/14 | 030001 | Scott, Horewitch, Pidgeon & Abrams LLC<br>2150 E. Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL 60089 | Accountant Fees per Court Order | 3410-000 | | 1,745.00 | 655,808.71 |
| C   09/22/14 | 030002 | InnovaLaw PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Attorneys Fees | 3210-000 | | 12,283.50 | 643,525.21 |
| C   09/22/14 | 030003 | InnovaLaw PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Attorneys Expenses | 3220-000 | | 773.96 | 642,751.25 |
| C   10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 944.24 | 641,807.01 |

Page Subtotals          661,541.83          19,734.82

LFORM24

Ver: 22.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    15

| Case No: | 11-38286  -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | MY BAPS CONSTRUCTION CORP | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0899  Checking Account |
| Taxpayer ID No: | *******1242 | | | |
| For Period Ending: | 09/30/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 954.19 | 640,852.82 |
| C   01/12/15 | 15 | Inland Bank<br>1900 W. State St.<br>Geneva, IL 60134 | Letter of Credit | 1290-000 | 4,785.84 | | 645,638.66 |
| C   02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | BOND<br>BOND | 2300-000 | | 368.96 | 645,269.70 |
| C   02/18/16 | 030005 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 363.07 | 644,906.63 |
| C   03/21/16 | 16 | HD Supply Inc.<br>7601 S. Kedzie Ave.<br>Chicago, IL 60652 | Refund | 1229-000 | 364.66 | | 645,271.29 |
| C   03/23/16 | 030006 | Construction & General Laborer's<br>District Council of Chicago & Vicinity<br>c/o Karen I. Engelhardt<br>230 W. Monroe St., Ste 2600<br>Chicago, IL  60606 | Payment of Secured Claim per court | 4220-000 | | 214,450.00 | 430,821.29 |
| C   03/23/16 | 030007 | Laborers' Pension Funds & the Laborer's<br>Welfare Funds et al.,<br>c/o Karen I. Engelhardt | Payment of Secured Claim per court | 4220-000 | | 285,550.00 | 145,271.29 |

|  |  | Page Subtotals | | | 5,150.50 | 501,686.22 | |

Ver: 22.02b

LFORM24

**FORM 2**

Page:  16

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-38286 -JSB | | | Trustee Name: | GINA B. KROL | |
| Case Name: | MY BAPS CONSTRUCTION CORP | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******0899 Checking Account | |
| Taxpayer ID No: | *******1242 | | | | | |
| For Period Ending: | 09/30/19 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 230 W. Monroe St., Ste 2600 Chicago, IL 60606 | | | | | |
| C | 06/21/16 | 030008 | Scott Horewitch Pidgeon & Abrams, LLC 1020 Milwaukee Avenue, #305 Deerfield, IL 60015 | Third Interim Compensation | 3410-000 | | 1,700.00 | 143,571.29 |
| C | 12/06/16 | 030009 | Scott Horewitch Pidgeon & Abrams, LLC 1020 Milwaukee Avenue, #305 Deerfield, IL 60015 | Fourth Interim Compensation | 3410-000 | | 1,632.50 | 141,938.79 |
| C | 02/03/17 | 030010 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND #016073584 | 2300-000 | | 181.01 | 141,757.78 |
| C | 04/10/17 | 030011 | Scott Horewitch Pidgeon & Abrams, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL 60089 | Fifth Interim Fees to Accountant | 3410-000 | | 1,575.00 | 140,182.78 |
| C | 02/07/18 | 030012 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 47.66 | 140,135.12 |
| C | 03/23/18 | 030013 | Gina B. Krol 105 W. Madison Street Suite 1100 | Trustee Fee per Court Order | 2100-000 | | 43,110.76 | 97,024.36 |

Page Subtotals            0.00            48,246.93

LFORM24

Ver: 22.02b

FORM 2

Page:    17

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-38286  -JSB |
| Case Name: | MY BAPS CONSTRUCTION CORP |
| Taxpayer ID No: | *******1242 |
| For Period Ending: | 09/30/19 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0899  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | |
| C   04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.88 | 96,828.48 |
| C   05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 139.32 | 96,689.16 |
| C   06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.75 | 96,545.41 |
| C   07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.91 | 96,406.50 |
| C   08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.34 | 96,263.16 |
| C   09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.12 | 96,120.04 |
| C   10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.32 | 95,981.72 |
| C   10/24/18 | 030014 | Alan Horewitch Scott, Horewitch, Pidgeon & Abrams LLC 1020 N. Milwaukee Ave., Ste. 305 Deerfield, IL 60015 | Accountant Fees per Court Order | 3410-000 | | 1,545.00 | 94,436.72 |
| C t  10/31/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 94,436.72 | 0.00 |

Page Subtotals          0.00          97,024.36

LFORM24

Ver: 22.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-38286  -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0899  Checking Account |
| Taxpayer ID No: | *******1242 | | | |
| For Period Ending: | 09/30/19 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 666,692.33 | 666,692.33 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 661,541.83 | 94,436.72 | |
| * Reversed | | | | Subtotal | 5,150.50 | 572,255.61 | |
| t  Funds Transfer | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| C  Bank Cleared | | | | Net | 5,150.50 | 572,255.61 | |

LFORM24

Ver: 22.02b

FORM 2

Page:   19

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-38286 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0019  Checking Account |
| Taxpayer ID No: | *******1242 | | | |
| For Period Ending: | 09/30/19 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  10/31/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 94,436.72 | | 94,436.72 |
| C  02/20/19 | 002001 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond Premium Payment | 2300-000 | | 31.41 | 94,405.31 |

|  | | | | |
|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 94,436.72 | 31.41 | 94,405.31 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 94,436.72 | 0.00 | |
| **\* Reversed** | | | Subtotal | 0.00 | 31.41 | |
| **t  Funds Transfer** | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| **C  Bank Cleared** | | | Net | 0.00 | 31.41 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 574,895.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 28,590.99 | | Money Market Account - *******7265 | 573,116.02 | 44,238.37 | 0.00 |
| | | | Checking Account - *******7266 | 0.00 | 24,266.09 | 0.00 |
| | | | DDA - ********8601 | 218,388.60 | 61,458.33 | 0.00 |
| Total Memo Allocation Net: | 546,304.01 | | Checking Account - ********0899 | 5,150.50 | 572,255.61 | 0.00 |
| | | | Checking Account - *******0019 | 0.00 | 31.41 | 94,405.31 |
| | | | | 796,655.12 | 702,249.81 | 94,405.31 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           94,436.72           31.41

LFORM24

Ver: 22.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   20

| Case No: | 11-38286  -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MY BAPS CONSTRUCTION CORP | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0019  Checking Account |
| Taxpayer ID No: | *******1242 | | |
| For Period Ending: | 09/30/19 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |

LFORM24

Ver: 22.02b